(May 19, 1953.)

■

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Complainant, and NORMA MARTIN, Appellant, v. ROBERT ANDERSON, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.

■

HELEN HUDEC, Respondent, v. LADISLAV HUDEC, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

LOUISE L. DALE, Appellant, v. CLARENCE W. BRAZER, Respondent.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion to strike out paragraph fourth of the amended answer is granted on the ground that the language of paragraph fourth is too indefinite to indicate the times when possession is claimed to have been in the defendant. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE COBB, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

RUTH FLAX, Respondent, v. HENRY LUSTIG, Appellant, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

BEATRICE LESSER et al., Appellants, v. JACK ESTES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

In the Matter of NEDBY REALTY CORP., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [327–335 W. 36th St. and 320–324 W. 37th St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

MADISON MERCANTILE PRODUCTS, INC., Respondent, v. JOHN REMENY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ.

■

SCHALLER & WEBER, INC., Respondent, v. KARL ALBRECHT et al., Copartners Doing Business under the Name of ALBRECHT & KOELBER, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ.